ELIZABETH M. KAY v. ARROW METAL PRODUCTS CORP.

June 26, 1975. Petition for certification denied.

RALPH W. CHANDLESS v. G. R. R. CORP.

June 26, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. RAYMOND BARTOSEK.

June 26, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. DWIGHT E. BRAXTON.

June 26, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT ELWOOD COLEY.

June 26, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. ALONZO BROWN.

June 26, 1975. Petition for certification denied.